IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTINE K. CORNWALL-PONCE, | Civ. No. 13-00109 ACK-RLP |
| Plaintiff, | |
| vs. | |
| DR. CHRISTINE ADAMS, DR. ROBERT MARTIN, and WAIANAE COAST COMPREHENSIVE HEALTH CENTER, | |
| Defendants. | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 8, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Plaintiff's Application To Proceed Without Prepayment Of Fees" (Doc. No. 5) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, March 27, 2013



_____
Alan C. Kay
Sr. United States District Judge

Cornwall-Ponce v. Adams, Civ. No. 13-00109 ACK RLP, Order Adopting Magistrate Judge's Findings and Recommendation