ORIGINAL

Christine K. Cornwall-Ponce, *Pro Se*
86-135 Leihoku Street
Waianae, HI 96792
Ph: (808) 696-5430
E-Mail: christine.cornwall@hawaiiantel.net

Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTINE K. CORNWALL-PONCE<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO: 13-00109 ACK RLP<br><br>PLAINTIFF'S STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); CERTIFICATE OF SERVICE |

**PLAINTIFF'S STIPULATION FOR DISMISSAL WITH
PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal, signed by all parties that have appeared, dismissing this action with prejudice.

DATED: Waianae, Hawaii, February 12, 2014.

Respectfully Submitted:

_____
CHRISTINE K. CORNWALL-PONCE
*Pro se* Plaintiff

Attorneys for Defendant
UNITED STATES OF AMERICA

_____
HARRY YEE
Assistant U.S. Attorney

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, February 13, 2014.

_____
Alan C. Kay
United States District Judge

Christine K. Cornwall-Ponce v. United States of America
Civil No. 13-00109 ACK RLP: Plaintiff's Stipulation For
Dismissal With Prejudice Pursuant To Fed. R.Civ.P.41(a)(1)(A)(ii);
Order